Judgment affirmed, with costs of appeal to respondent.

---

LOUIS HUBENER et al., Appellants, *v.* CHARLES FRICK, Respondent.

APPEAL from a judgment of the Municipal Court of the city of New York, fifth district, borough of Manhattan, in favor of the defendant.

Wilson, Bennett & Underhill, for appellants.

Pannes & Eberhardt, for respondent.

ANDREWS, P. J.  This is an appeal from a judgment of the Fifth District Municipal Court, in favor of the defendant.

The only question presented by the appeal is whether the writing sued on can be treated as a lease, so as to support an action thereon for rent.

The Municipal Court held that the writing in question was not a lease, but an agreement for a lease, and I am clearly of the opinion that such decision was correct, and that the judgment should be affirmed with costs.

O'GORMAN and BLANCHARD, JJ., concur.

Judgment affirmed, with costs.